UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ATWELL G. WEST, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:05-CV-1985-G |
| AFFILIATED COMPUTER SERVICES, | ) | |
| | ) | **ECF** |
| Defendant. | ) | |

## ORDER

The court has under consideration the recommendation of United States Magistrate Judge Paul D. Stickney.  The district court reviewed the recommendation of the United States Magistrate Judge *de novo*.  The court accepts the recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 6, 2006.

A. JOE FISH
CHIEF JUDGE